951 A.2d 256

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Russell M. HESS III, Petitioner.**

Supreme Court of Pennsylvania.

June 11, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 11th day of June, 2008, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the following issue:

Did the Superior Court err in applying a "guns follows drugs" presumption to justify the pat-down of Petitioner in contravention of *Commonwealth v. Zhahir*, 561 Pa. 545, 751 A.2d 1153 (2000)?